(109 So. 924)

Paul FERGUSON v. STATE. (7 Div. 270.) (Court of Appeals of Alabama. June 8, 1926.) Appeal from Circuit Court, Cleburne County; R. B. Carr, Judge. Possessing a still.

SAMFORD, J. Appeal dismissed by appellant.

━━━━

(110 So. 919)

Everett FERNANDEZ v. STATE. (1 Div. 694.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Reversed and remanded, on authority of Herndon v. State (1 Div. 696) ante, p. 610, 110 So. 595.

━━━━

(106 So. 916)

Carribelle FLEMING v. STATE. (6 Div. 845.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. First degree manslaughter. See, also, 20 Ala. App. 481, 104 So. 137.

SAMFORD, J. Affirmed.

━━━━

(106 So. 916)

Gus FLOWERS v. STATE. (4 Div. 27.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

━━━━

(110 So. 920)

Denny FORD v. STATE. (1 Div. 695.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Reversed and remanded, on authority of Herndon v. State (1 Div. 696) ante, p. 610, 110 So. 595.

━━━━

(106 So. 916)

Joe Buck FOSHEE, alias, etc., v. STATE. (5 Div. 591.) (Court of Appeals of Alabama. Jan. 12, 1926.) Appeal from Circuit Court, Coosa County; E. S. Lyman, Judge. Distilling.

SAMFORD, J. Affirmed.

━━━━

(106 So. 916)

Jim FRANKLIN v. STATE. (6 Div. 754.) (Court of Appeals of Alabama. Dec. 8, 1925.)

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Petit larceny.

RICE, J. Appeal dismissed.

━━━━

(108 So. 923)

Lawrence FRANKLIN v. STATE. (6 Div. 909.) (Court of Appeals of Alabama. June 8, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Affirmed.

━━━━

(109 So. 924)

Jim FRANKLIN v. STATE. (6 Div. 944.) (Court of Appeals of Alabama. June 1, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Concealing stolen property.

SAMFORD, J. Affirmed.

━━━━

(108 So. 923)

Jerry FREEMAN v. STATE. (6 Div. 29.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed.

━━━━

(110 So. 920)

Basil FREEMAN v. STATE. (6 Div. 980.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

SAMFORD, J. Appeal dismissed.

━━━━

(106 So. 916)

BRICKEN, P. J. Appeal dismissed.

━━━━

(108 So. 923)

John FRENCH v. STATE. (5 Div. 607.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Elmore County; G. F. Smoot, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.